FILED

2021 NOV 10 AM 10: 20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: **RO**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America **PLAINTIFF(S)** v. Bogdan Vaduva **DEFENDANT(S)** | CASE NUMBER 3:21-cr-00264 JD  **21MJ05160**  DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: **USSS**
in the ~~Southern~~ **Northern** District of **California** on **06/29/21**
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about **09/15/19**
in violation of Title **18** U.S.C., Section(s) **1343, 1028A**
to wit: _____

A warrant for defendant's arrest was issued by: _____

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond: 

Relevant document(s) on hand (attach): 

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
Date

_Signature of Agent_

**Chaunana Harris**
Print Name of Agent

**USSS**
Agency

**Special Agent**
Title

CR-52 (03/20)                    DECLARATION RE OUT-OF-DISTRICT WARRANT