FILED

2021 NOV 10  AM 10: 20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___ RO _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | 3:21-CY-00264JD |
| V. | | |
| Bogdan vaduva | | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ | DEFENDANT | |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

**21MJ05160**

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  Date and time of arrest: 11/9/21    1715          ☐ AM  ☒ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4.  Charges under which defendant has been booked:
    18 USC 1343   18 USC 1028A

5.  Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6.  Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7.  Year of Birth: 1976

8.  Defendant has retained counsel:  ☐ No
    ☒ Yes  Name: David avocat          Phone Number: (310) 994-0900

9.  Name of Pretrial Services Officer notified: DUTY

10.  Remarks (if any): _____

11.  Name: Chaunaria Harris          (please print)

12.  Office Phone Number: (202) 306-2657          13.  Agency: USSS

14.  Signature: _____          15.  Date: 11/10/21

CR-64 (05/18)          REPORT COMMENCING CRIMINAL ACTION